25 cv _____

FILED
IN CLERKS OFFICE

2025 SEP -3  AM II: 03

U.S. DISTRICT COURT
DISTRICT OF RI

Smith vs Roger Williams Law School

Plaintiff and Defendant Information.

Plaintiff:

16 Johnson Ct Apt2

Brockton, MA 02301

Defendants

10 Metacom Ave

Bristol, RI 02470

Hospitalized at Westborough Behavioral Health 300 Friberg Pkwy Westborough, MA 01581 Adult J B west



dScv_____

FILED
IN CLERKS OFFICE

2025 SEP -3 AM 11: 03

U.S. DISTRICT COURT
DISTRICT MASS.

Smith vs Roger Williams Law School

(case out of the United States District Court for the District of Rhode Island (URI))

(Case # d1cv110 and d1cv133)

To the Honorable Court,
Plaintiff Jimmy Smith Brings this Action to this court. Plaintiff's claims were originally dismissed without Prejudice. Plaintiff's claims are that Roger Williams Law School (RWU) did not honor their "Clinical Guarantee" due

to factors such as race. Plaintiff is not an attorney and this clinical guarantee would have been his chance to act as an attorney. Plaintiff originally brought this action in the O.R.I. and it was dismissed without prejudice. This is a breach of routing action. Since then, Defendants have also refused to take and process several honor board complaints that Plaintiff has made.